UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RIGOBERTO NODAL-GARMAS,

Petitioner,

v. Case No.: 2:26-cv-01827-SPC-NPM

TODD BLANCHE *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court is the Federal Respondents' Supplemental Response (Doc. 14). Rigoberto Nodal-Garmas filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court found no significant likelihood Nodal-Garmas would be removed in the reasonably foreseeable future. But in light of Nodal-Garmas's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.

In their supplemental response, the respondents claim Immigration and Customs Enforcement ("ICE") conducted the review and determined Nodal-Garmas should remain in detention. But that decision was not based on potential danger to the community. ICE provided the following explanation:

> ICE has made such determination based upon: Your removal in the future is very likely. There are no other urgent humanitarian, medical or custodial issues present in your case.

(Doc. 14-1 at 1). That does not justify continued detention. The Court found Nodal-Garmas's prompt removal unlikely on June 23, 2026, and his continued presence in this country proves the Court correct. What is more, ICE offers no reason to believe Nodal-Garmas poses a danger to the community, nor do they give the Court any evidence to believe they will be able to deport him in the reasonably foreseeable future. Nodal-Garmas is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision. If removal becomes likely in the reasonably foreseeable future, ICE can detain Nodal Garmas to "assur[e] [his] presence at the moment of removal." *Zadvydas*, 533 U.S. at 680.

Accordingly, it is hereby

**ORDERED:**

Rigoberto Nodal-Garmas's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Nodal-Garmas within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.
2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on July 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record